UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ARMANDO KELLY,**

    **Plaintiff,**

    **V.**    Case No. 04-C-1199

**MILWAUKEE COUNTY COMMUNITY CORRECTIONAL CENTER,
OFFICER BOWIE,
SERGEANT WILLIAMS,
LIEUTENANT VALVADINOS, and
CORRECTIONAL MANAGER BOROSTOWSKI,**

    **Defendants.**

# DISMISSAL ORDER

On June 30, 2005, the Court attempted, but failed, to conduct a telephonic scheduling conference with the plaintiff Armando Kelly ("Kelly") because the telephone number the Court had for Kelly had been changed to an un-published number. Shortly thereafter, the Court sent Kelly a letter requesting a new telephone number and advising him that failure to do so within 20 days would result in a dismissal of the action.

More than 20 days has passed and Kelly had not responded to the Court. Therefore, the above-entitled action is hereby dismissed without prejudice for plaintiff's failure to diligently prosecute the action. (E.D. Wis. Civil L.R. 41.3).

Dated at Milwaukee, Wisconsin, this 1st day of August, 2005.

    **SO ORDERED,**

    s/ Rudolph T. Randa
    **HON. RUDOLPH T. RANDA**
    Chief Judge